**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FARZAD NAROI FARHBAKSH,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

Case No. 5:26-CV-04238-CTS

**JUDGMENT**

Pursuant to the Amended Order Granting Writ of Habeas Corpus filed August 13, 2026 (ECF No. 12) and the Notice of Compliance filed August 21, 2026 (ECF No. 14), IT IS ADJUDGED that the Petition is granted.

DATED: August 24, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE